IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES D. ALLEN, | ) |
| | ) |
| v. | ) 2:07-cv-00066 |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of | ) |
| Social Security | ) |

## ORDER

In his Report and Recommendation in this case, the Magistrate Judge recommends that Plaintiff's Motion for Judgment be denied and the decision of the Commissioner be affirmed.

Plaintiff has timely filed objections. The objections are the same as those arguments made before the Magistrate Judge and addressed by him in the Report and Recommendation. There is no need to recount and readdress them here. The record supports the conclusions of the Administrative Law Judge and the Magistrate Judge, There is substantial evidence in the record to support the decision of the Commissioner.

For the reasons set forth in the Report and Recommendation, the Court agrees therewith. Plaintiff's Motion for Judgment on the Administrative Record, Document #17, is **DENIED**, and the decision of the Commissioner is **AFFIRMED**.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge